IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MIGUEL CHECO                                                                                    PLAINTIFF
Reg. No. 39545-054

v.                                        2:04CV00012 JMM/HDY

COLE JETER *et al.*                                                                          DEFENDANTS

## ORDER

Defendants filed a Motion to Dismiss (docket entry #29) and a Brief in Support (docket entry #30) and Statement of Facts (docket entry #31) on July 7, 2005. In light of Plaintiff's *pro se* status, he will be granted thirty (30) days from the date of entry of this Order in which to respond to Defendants' Motions.

Plaintiff is reminded of Rule 5.5(c) (2) of the Rules of the United States District Court for the Eastern District of Arkansas which provides that, if any communication from the court to a *pro se* plaintiff is not responded to within thirty days, the Complaint may be dismissed without prejudice.

IT IS THEREFORE ORDERED that Plaintiff is granted thirty (30) days from the date of entry of this Order to file his Response to Defendants' Motions to Dismiss

DATED this __29__ day of __July__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE