# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MIGUEL CHECO                                                                    PLAINTIFF
Reg. No. 39545-054

v.                                          2:04CV00012 JMM/HDY

COLE JETER *et al.*                                                             DEFENDANTS

## ORDER

Defendants Prince, Kineish, and Garrido, through their counsel, the Assistant United States Attorney, have filed a Motion to File Plaintiff's Medical Records Under Seal (docket entry # 32). For good cause shown, Defendants' request is GRANTED, and the Clerk of the Court is directed to file these records under seal.

IT IS SO ORDERED this __29__ day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE