### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

MIGUEL CHECO                                                                                         PLAINTIFF
Reg. No. 39545-054

v.                                        2:04CV00012 JMM/HDY

GARRIDO *et al.*                                                                                  DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, Plaintiff's response in opposition to the motion to dismiss or in the alternative for summary judgment and Plaintiff's objections to the Proposed Findings and Recommended Disposition.  After carefully considering Plaintiff's filings and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (docket entry #29) is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 25th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE