**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MIGUEL CHECO                                                                                                       PLAINTIFF
Reg. No. 39545-054

v.                                                    2:04CV00012 JMM/HDY

GARRIDO *et al.*                                                                                               DEFENDANTS

**<u>JUDGMENT</u>**

  Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.  Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

  DATED this 25th day of August, 2005.

                  _____
                  UNITED STATES DISTRICT JUDGE